```
                  UNITED STATES COURT OF APPEALS
                     FOR THE SEVENTH CIRCUIT
                     Chicago, Illinois  60604

                        September 11, 2000


          Hon. JOEL M. FLAUM, Chief Judge

          Hon. WILLIAM J. BAUER, Circuit Judge

          Hon. HARLINGTON WOOD, JR., Circuit Judge


DR. IRIS I. VARNER, et al.,           ]
            Plaintiffs-Appellees,     ] Appeal from the United
            and                       ] States District Court for
                                      ] the Central District of
UNITED STATES OF AMERICA,             ] Illinois, Peoria Division.
            Intervening Appellee,     ]
                                      ]
                                      ] No. 95 C 1355
No. 97-3253          v.               ]
                                      ] Michael M. Mihm,
ILLINOIS STATE UNIVERSITY, et al.     ] Judge.
            Defendants-Appellants.]


                         O R D E R

The opinion issued in the above-entitled case on September 6, 2000,  is hereby
amended as follows:

     On Page 3, the Roman Numeral I. should be deleted. The heading
     for that paragraph should now read:  Analysis

     On Page 17, the Roman Numeral III. should be deleted.  The heading
     for that paragraph should now read:  Conclusion
```